IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LONNY DUNLUCK, AARON ANDERSON, ROBERTO MERAZ-AVILA, JASON MATHIASON, and DAVID PURDY<br><br>Plaintiff,<br><br>vs.<br><br>ASSICURAZIONI GENERALI S.P.A. – UK BRANCH,<br><br>Defendant. | CV 20–136–M–DLC<br><br>ORDER |

Before the Court are Defendant's motions for the admission of James J. Sanders and Jared K. Clapper *pro hac vice* in the above-captioned matter. (Docs. 18–19.) It appears Mr. Davis intends to act as local counsel. (*Id.*) Mr. Sanders' and Mr. Clapper's applications comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motions (Docs. 18–19) are GRANTED on the condition that they do their own work. This means that Mr. Sanders and Mr. Clapper must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Sanders and Mr. Clapper shall take steps to register in the Court's electronic filing

1

system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Sanders and Mr. Clapper file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 8th day of December, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court