IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LONNY DUNLUCK, AARON ANDERSON, ROBERTO MERAZ-AVILA, JASON MATHIASON, and DAVID PURDY, <br><br> Plaintiffs, <br><br> vs. <br><br> ASSICURAZIONI GENERALI S.P.A. – UK BRANCH, <br><br> Defendant. <br><br> ASSICURAZIONI GENERALI S.P.A. – UK BRANCH, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> LONNY DUNLUCK, AARON ANDERSON, ROBERTO MERAZ-AVILA, JASON MATHIASON, DAVID PURDY and VITALITY NATURAL HEALTH LLC, <br><br> Counter-Defendants. | CV 20–136–M–DLC <br><br> ORDER |

The Court is set to conduct a preliminary pretrial conference in the above-captioned matter on February 26, 2021. (Doc. 24 at 2.) In advance of this

conference, the parties were ordered to file a statement of stipulated facts on or before February 19, 2021. (*Id.* at 3.) The parties did not meet this deadline, instead filing a notice that they "are unable to finalize and file that Statement . . . as directed by the Court's January 5, 2021 Order." (Doc. 34.) No extension of the deadline was sought. It is now 5 days past this deadline, two days before the preliminary pretrial conference, and a statement of stipulated facts remains unfiled.

Accordingly, IT IS ORDERED that the parties shall file a statement of stipulated facts in accordance with Local Rule 16.2(b)(3) and this Court's prior order (Doc. 24) before 12:00 P.M. M.S.T. February 25, 2021.

DATED this 24th day of February, 2021.

Dana L. Christensen, District Judge
United States District Court