IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LONNY DUNLUCK, AARON ANDERSON, ROBERTO MERAZ-AVILA, JASON MATHIASON, and DAVID PURDY,<br><br>Plaintiffs,<br><br>vs.<br><br>ASSICURAZIONI GENERALI S.P.A. – UK BRANCH,<br><br>Defendant.<br><br>ASSICURAZIONI GENERALI S.P.A. – UK BRANCH,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>LONNY DUNLUCK, AARON ANDERSON, ROBERTO MERAZ-AVILA, JASON MATHIASON, DAVID PURDY and VITALITY NATURAL HEALTH LLC,<br><br>Counter-Defendants. | CV 20–136–M–DLC<br><br>ORDER |

Before the Court is Plaintiffs' Unopposed Motion for Leave to File

Additional Statement of Facts in Opposition to Generali's Motion for Summary

1

Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment. (Doc. 66.) Based on evidence received in response to a subpoena, Plaintiffs request leave to file additional facts in support of their motion for summary judgment and in opposition to Defendant's motion for summary judgment. (*Id.*) Defendant does not object to this motion and such additional facts are "undisputed, narrow, and" advanced in lieu of Plaintiffs' rule 56(d) motion. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 66) is GRANTED. Plaintiffs shall immediately file their additional facts (Doc. 66-1) with the Court.

IT IS FURTHER ORDERED that in light of Plaintiffs' previous filing (Doc. 67), their rule 56(d) motion (Doc. 50) is WITHDRAWN.

DATED this 30th day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court