IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LONNY DUNLUCK, AARON ANDERSON, ROBERTO MERAZ-AVILA, JASON MATHIASON, and DAVID PURDY,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>ASSICURAZIONI GENERALI S.P.A. – UK BRANCH,<br><br>　　　　　　Defendant.<br><br>ASSICURAZIONI GENERALI S.P.A. – UK BRANCH,<br><br>　　　　　　Counter-Plaintiff,<br><br>　vs.<br><br>LONNY DUNLUCK, AARON ANDERSON, ROBERTO MERAZ-AVILA, JASON MATHIASON, DAVID PURDY and VITALITY NATURAL HEALTH LLC,<br><br>　　　　　　Counter-Defendants. | CV 20–136–M–DLC<br><br><br>ORDER |

　　Before the Court is Defendant and Counter-Plaintiff Assicurazioni Generali S.P.A. – UK Branch's ("Generali") Unopposed Motion for Telephonic Scheduling

1

Conference. (Doc. 103.) In light of the parties' recent motions practice, Generali requests a scheduling conference to set oral argument on these motions, if the Court finds oral argument necessary. (*Id.*) The Court is aware of the impending trial date, does not find oral argument on these motions necessary, and will endeavor to adjudicate all pending motions in due course.

Accordingly, IT IS ORDERED the motion (Doc. 103) is DENIED.

DATED this 17th day of February, 2022.

Dana L. Christensen, District Judge
United States District Court